

# IN THE
# TENTH COURT OF APPEALS

### No. 10-14-00302-CR

**ROBERTO CARDIEL HERNANDEZ,**

**Appellant**

 **v.**

**THE STATE OF TEXAS,**

**Appellee**

**From the 40th District Court
Ellis County, Texas
Trial Court No. 37743CR**

## A B A T E M E N T   O R D E R

In a supplemental brief, Appellant requested an abatement of this appeal so that Appellant could request, and the court reporter could prepare, a supplemental reporter's record of the jury trial. *See* TEX. R. APP. P. 34.6(d).

Appellant's request is granted. This appeal is abated, and the June 2, 2016 submission of this cause is set aside.

Within seven days after the date of this order, Appellant shall request preparation of the supplemental reporter's record, and the court reporter shall file the supplemental reporter's record within twenty-one days after the date of this order.

Any supplemental brief by Appellant on the issue of harm shall be filed no later than fourteen days after the date that the supplemental reporter's record is filed. Any supplemental brief in response by the State on the issue of harm shall be filed no later than fourteen days after the date of the filing of Appellant's supplemental brief.

PER CURIAM

Before Chief Justice Gray,
      Justice Davis, and
      Justice Scoggins
Cause abated
Order issued and filed August 31, 2016
Do not publish

